UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERBERT JOHN GOBIE,

      Plaintiff,                    CIVIL ACTION NO. 12-10208

  v.                                  DISTRICT JUDGE STEPHEN J. MURPHY, III

VISTEON CORPORATION,         MAGISTRATE JUDGE MARK A. RANDON

      Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING
IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DKT. 16)**

      Before the Court is Plaintiff Herbert John Gobie's ("Plaintiff") motion for protective order (Dkt. 16). The issue presented in Plaintiff's motion concerns the location of Plaintiff's deposition (Plaintiff is a resident of the United Kingdom). Having reviewed the motion, considered the argument of the parties, and otherwise being fully advised;

      **IT IS ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's deposition may proceed via video conference – at Plaintiff's expense – if Plaintiff so chooses. Specifically, any costs related to conducting a video deposition, above and beyond what it would cost to depose Plaintiff in-person in the Eastern District of Michigan, shall be borne by Plaintiff. Alternatively, if Plaintiff does not choose to proceed with a video deposition, then he must appear for an in-person deposition in the Eastern District of Michigan.

      **SO ORDERED**.

                                        s/Mark A. Randon
                                        Mark A. Randon
                                        United States Magistrate Judge

Dated: November 29, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 29, 2012, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*